UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PHILLIP DAVID FUSSELL,

    Petitioner,

v.                                  CASE NO. 5:11-cv-564-Oc-19TBS
                                      (5:08-cr-5-Oc-19TBS)

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **ORDER**

This case is before the Court on the following matters:

1.    The Government has filed its response (Doc. No. 5) to Petitioner's Motion to Vacate, Set Aside, Or Correct Sentence under 28 U.S.C. § 2255, requesting that the Court deny the motion. Petitioner shall have **FORTY-FIVE (45) DAYS** from the date of this order to file an opposition to the Government's response to his motion. Thereafter, both the motion and the response to it will be taken under advisement by the Court, and an order will be entered without further notice.

2.    Petitioner's Motion for Permission to File Reply (Doc. No. 6, filed January 4,

2012) is **GRANTED** as set forth in paragraph one above.

**DONE AND ORDERED** at Orlando, Florida, this ___12th____ day of January, 2012.

*Patricia C. Fawsett*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
OrlP-2 1/5
Counsel of Record